### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN HENRY KOONTZ and<br>LILLIAS MATHIE KOONTZ,<br><br>    Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE<br>COMPANY, a foreign for profit Insurance<br>Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-18-801-SLP<br>)<br>)<br>)<br>)<br>)<br>) |

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, CSAA Fire and Casualty Insurance Company.

    I certify that I am admitted to practice in this Court and that I am registered to file documents electronically with this Court.

    Dated on October 2, 2018.

                                                    Respectfully submitted,

                                                  s/ Justin R. Williams
                                                  Gerard F. Pignato, OBA No. 11473
                                                  Justin R. Williams, OBA No. 32539
                                                  PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
                                                  Robinson Renaissance Building
                                                  119 North Robinson Avenue, 11th Floor
                                                  Oklahoma City, Oklahoma 73102
                                                  Telephone:   405-606-3333
                                                  Facsimile:    405-606-3334
                                                  Email:        jerry@pclaw.org
                                                                     justin@pclaw.org
                                                  ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 2, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

  Michael D. McGrew, Esquire
  MCGREW MCGREW & ASSOCIATES, P.C.

              s/ Justin R. Williams
              For the Firm