IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JOHN HENRY KOONTZ, and<br>2. LILLIAS MATHIE KOONTZ<br><br>    Plaintiffs,<br>v.<br><br>1. CSAA FIRE & CASUALTY<br>   INSURANCE COMPANY, a foreign, for<br>   profit Insurance Corporation,<br><br>    Defendant. | Case No. CIV-18-801-SLP |

## PLAINTIFFS' EXPERT WITNESS LIST

COME NOW Plaintiffs John and Lillias Koontz, pursuant to the Court's scheduling order and Fed. R. Civ. P. 26(a)(2), and identify the following persons retained as experts expected to offer expert testimony a trial in this matter relative to plaintiff's case in chief.

| | Witness Name and Address | Proposed Testimony |
|---|---|---|
| 1 | Richard N. Cary<br>Insurance Expert | Mr. Cary is an expert in claims handling and insurance industry standards. His expert report has been sent to Defendant CSAA in c/o attorney Pignato. In his report Mr. Cary identifies his opinions and areas of testimony. |
| 2 | Chad Williams<br>Engineering Expert | Mr. Williams is a professional engineer. His expert report has been sent to Defendant CSAA in c/o attorney Pignato. Mr. Williams will testify about his inspection of the Koontz home and offer expert opinions contained or reasonably related to the discussion in his report and Rule 26 report. |

| 3 | Aaron Heiland and/or Chris Slusser w/ Mallard Construction. | Will provide testimony that could be deemed expert testimony but witness is a fact witness with expertise and not a retained expert by plaintiff. The witnesses from Mallard Construction will offer arguably Rule 702 testimony in the areas of construction and identification of wind and hail damage, i.e., the areas in which they became involved as fact witnesses in the claim. |
| --- | --- | --- |
| 4 | Wayne Schwartz 2119 N. Eastern, Suite EE7 Moore, OK  73160 | Mr. Schwartz is a licensed public adjuster. He also is qualified as an expert by knowledge, skill, experience, training and education in the areas of construction, insurance adjustment, Xactimate, identification of hail and wind damage to roofs, and repair thereto. While Mr. Schwartz is not an expert retained by the Plaintiffs, he will nevertheless be asked to provide testimony befitting Rule 702 expert testimony. Please note that no Rule 26 report has been prepared since Mr. Schwartz is not a retained expert. |

Respectfully submitted,

S/Timothy B. Hummel
Timothy B. Hummel, OBA # 16511
500 West Main Street, Suite 102
Oklahoma City, Oklahoma 73102
(405) 319-0300 telephone
(405) 319-0350 facsimile
tim@hummellawoffice.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

Counsel for the plaintiff hereby certifies that a true and correct copy of **Plaintiffs' Expert Witness List** was served this 3rd day of July, via e-mail through the ECF System for the Western District of Oklahoma, upon the following:

Gerard F. Pignato, OBA No. 11473
Justin R. Williams, OBA No. 32539
119 N.Robinson Ave., 11th Floor
Oklahoma City, Oklahoma   73102
Telephone:  (405) 606-3333
Facsimile:  (405) 606-3334
Email: jerry@pclaw.org; justin@pclaw.org
Attorneys for Defendant

                                           S/Timothy B. Hummel
                                           Timothy B. Hummel, OBA # 16511
                                           Attorney for Plaintiffs