## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN HENRY KOONTZ and<br>LILLIAS MATHIE KOONTZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-801-SLP |
| | ) | |
| CSAA FIRE & CASUALTY INSURANCE<br>COMPANY, a foreign for profit Insurance<br>Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs John Henry Koontz and Lillias Mathie Koontz, and Defendant, CSAA Fire & Casualty Insurance Company, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof. Each side is to bear its own costs and fees.

Respectfully submitted,

s/ Timothy B. Hummel
Timothy B. Hummel, OBA No. 16511
500 West Main Street, Suite 102
Oklahoma City, Oklahoma 73102
Telephone:   405-319-0300
Facsimile:   405-319-0350
Email:   tim@hummellawoffice.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato, Esquire
RYAN WHALEY

s/ Timothy B. Hummel
For the Firm